UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------X
In Re: OLDAPCO, INC., et al.,                    Case No. 17-12082 (KJC)

        Debtor.
----------------------------------------X
ALAN D. HALPERIN AND EUGENE I.                   Adv. Proc. No. 18-50955-KJC
DAVIS, AS CO-TRUSTEES OF THE                     **AFFIDAVIT OF SERVICE**
APPVION LIQUIDATING TRUST,
        Plaintiff,
  -against-

MARK R. RICHARDS, et al.,
        Defendants.
----------------------------------------X

    WILL THOMAS, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 5th day of December, 2018, at approximately 8:07 a.m., deponent served a true copy of a Summons and Notice of Pretrial Conference in an Adversary Proceeding and Complaint with Exhibits upon Jeffrey J. Fletcher at 34310 White Oak Lane Cumming, Iowa 50061 by personally delivering and leaving the same with Tammy Fletcher, Spouse, co-resident and a person of suitable age and discretion at that address. At the time of service deponent asked if Jeffrey J. Fletcher, is in active military service for the United States or for the State in any capacity whatsoever and received a negative reply.

    Tammy Fletcher, is a white female, approximately 40-50 years of age, stands approximately 5 feet, 6-8 inches tall, weighs approximately 150-160 pounds with brown hair.

STATE OF IOWA  )
               s.s.:
COUNTY OF POLK )

Subscribed & sworn to (or affirmed) Before me this __7th__ day of December, 2018, by WILL THOMAS, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
WILL THOMAS

_____
NOTARY PUBLIC