UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OLDAPCO, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12082 (KJC)<br><br>**(Jointly Administered)** |
| ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br><br>Defendants. | Adv. Proc. No. 18-50955 (KJC) |

## NOTICE OF RESCHEDULED PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the pre-trial conference scheduled for January 10, 2019 at 1:30 p.m., has been rescheduled to March 21, 2019 at 10:00 a.m.

**GRANT & EISENHOFER P.A.**

By: */s/* Vivek Upadhya
Gordon Z. Novod (*pro hac* admission requested)
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Fax: 646-722-8501
gnovod@gelaw.com

Christine Mackintosh (Delaware Bar No. 5085)
Vivek Upadhya (Delaware Bar No. 6241)
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
cmackintosh@gelaw.com
vupadhya@gelaw.com

*Special Counsel for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust*

## CERTIFICATE OF SERVICE

I, Vivek Upadhya, Esquire of Grant & Eisenhofer P.A. certify that on December 20, 2018, I caused a true and correct copy of the Notice of Rescheduled Pre-Trial Conference to be served upon the following parties, via U.S. First Class Mail, postage prepaid.

| | |
|---|---|
| Mark R. Richards<br>1616 SE 7th Street<br>Fort Lauderdale, FL 33316 | Stephen P. Carter<br>3131 Talbot TRL<br>Rockford IL 6114 |
| Thomas J. Ferree<br>4009 Crestview Road NE<br>Solon, IA 52333 | Tami L. Van Straten<br>201 E STRATFORD LN L<br>APPLETON, WI 54913-8710 |
| Terry M. Murphy<br>16975 Cortile Drive<br>Naples, FL 34110 | Andrew F. Reardon<br>530 S Collier Blvd- Unit 601<br>Marco Island, FL 34145 |
| Kathi P. Seifert<br>3091 Fox Run<br>Appleton, WI 54914 | Mark A. Suwyn<br>26291 Woodlyn Drive<br>Bonita Springs, FL 34134 |
| Carl J. Laurino<br>1609 BIG BROWN CT<br>UNION, KY 41091-7556 | David A. Roberts<br>3013 Dings Manor DR<br>Weddington, NC 28104 |
| Kevin Gilligan<br>6525 N. Smoketree Pass<br>Appleton, WI 54912 | Jeffrey J. Fletcher<br>34310 White Oak Lane<br>Cumming, IA 50061 |
| Kerry S. Arent<br>4301 N. Orion Lane<br>Appleton, WI 54913 | ARGENT Trust Company<br>David Williams<br>1100 Abernathy Road<br>500 North Park<br>Suite 550<br>Atlanta, GA 30328 |
| Stout Risius Ross Inc.<br>4000 Town Center<br>20th Floor<br>Southfield, MI 48075 | Stout Risius Ross, LLC<br>4000 Town Center 20th Floor<br>Southfield, MI 48075 |

By: /s/ Vivek Upadhya