# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OLDAPCO, INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-12082 (KJC)<br><br>(Jointly Administered) |
| ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br>Plaintiff,<br><br>v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br><br>　　　　　　Defendants. | Adv. Proc. No. 18-50955 (KJC)<br><br><br><br>**Related Docket Nos. 1, 3, and 6** |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ARGENT TRUST COMPANY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust (collectively, the "**Plaintiff**"), on the one hand, and Argent Trust Company ("**Argent Defendant**," and together with the Plaintiff, the "**Parties**"), on the other hand, through their respective undersigned counsel, hereby stipulate and agree as follows:

1.　　The Parties agree and stipulate that the time within which the Argent Defendant may answer, move, or otherwise plead to the Complaint (Docket No. 1) is hereby extended to and including *January 29, 2019*.

2.  Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

Dated: December 21, 2018

| **GRANT & EISENHOFER P.A.** | **KEATING MUETHING & KLEKAMP PLL** |
|---|---|
| /s/ Christine Mackintosh | /s/ Brian P. Muething |
| Christine Mackintosh (Delaware Bar No. 5085)<br>Vivek Upadhya (Delaware Bar No. 6241)<br>123 Justison Street<br>Wilmington, DE 19801<br>Telephone: 302-622-7000<br>Email:  cmackintosh@gelaw.com<br>           vupadhya@gelaw.com | Brian P. Muething (*pro hac vice* application to be filed)<br>One East 4th Street<br>Suite 1400<br>Cincinnati, OH 45202<br>Telephone: (513) 639-3814<br>Email: bmuething@KMKLAW.com<br><br>*Counsel for Argent Trust Company* |

- and-

Gordon Z. Novod (admission *pro hac vice* pending)
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Fax: 646-722-8501
Email:  gnovod@gelaw.com

*Special Counsel for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust*