# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OLDAPCO, INC., et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 17-12082 (KJC)<br><br>(Jointly Administered) |
| ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br>Plaintiff,<br><br>v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br><br>　　　　Defendants. | Adv. Proc. No. 18-50955 (KJC)<br><br>**Related Docket Nos. 1, 3, and 6** |

## STIPULATION FOR EXTENSION OF TIME FOR STOUT DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust (collectively, the "**Plaintiff**"), on the one hand, and Stout Risius Ross, Inc., and Stout Risius Ross, LLC (collectively, the "**Stout Defendants**," and together with the Plaintiff, the "**Parties**"), on the other hand, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Stout Defendants may answer, move, or otherwise plead to the Complaint [Docket No. 1] is hereby extended to and including *January 29, 2019*.

2. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

Dated: December 21, 2018

| **GRANT & EISENHOFER P.A.** | **CHIPMAN BROWN CICERO & COLE, LLP** |
|---|---|
| */s/ Vivek Upadhya* | */s/ Mark L. Desgrosseilliers* |
| Christine Mackintosh (Delaware Bar No. 5085) | Mark L. Desgrosseilliers (Delaware Bar No. 4083) |
| Vivek Upadhya (Delaware Bar No. 6241) | Hercules Plaza |
| 123 Justison Street | 1313 North Market Street, Suite 5400 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: 302-622-7000 | Telephone: (302) 295-0191 |
| Email: cmackintosh@gelaw.com | Email: desgross@chipmanbrown.com |
|       vupadhya@gelaw.com | |
| | -and- |
| - and- | **Groom Law Group** |
| Gordon Z. Novod (*pro hac vice* pending) | Lars Golumbic, Esquire (admitted *pro hac vice*) |
| 485 Lexington Avenue, 29th Floor | GROOM LAW GROUP |
| New York, New York 10017 | 1701 Pennsylvania Avenue, N.W. |
| Tel: 646-722-8500 | Washington, DC 20006-5811 |
| Fax: 646-722-8501 | Telephone: (202) 861-6615 |
| Email: gnovod@gelaw.com | Email: lgolumbic@groom.com |
| *Special Counsel for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust* | *Counsel for Defendants Stout Risius Ross, Inc., and Stout Risius Ross, LLC* |