IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OLDAPCO, INC., *et al.*,<br><br>    Debtors.<br>ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TURST,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br><br>    Defendants. | Chapter 11<br><br>Case No.: 17-12082 (KJC)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 18-50955-KJC |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Brian P. Muething to represent the Defendant Argent Trust Company in the above-captioned Adversary Proceeding in this action.

Dated: January 18, 2019

By:   /s/ *Tara L. Lattomus*
    Tara L. Lattomus (Bar I.D. No. 3515)
    ECKERT SEAMANS CHERIN & MELLOTT, LLC
    222 Delaware Street, 7th Floor
    Wilmington, DE 19801

**Dated: January 22nd, 2019**
**Wilmington, Delaware**

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Brian P. Muething is **GRANTED**.

Dated: _____, 2019

_____
Kevin J. Carey
United States Bankruptcy Judge