**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| OLDAPCO, INC., et al., | Case No. 17-12082 (KJC) |
| Debtors. | (Jointly Administered) |
| ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br>Plaintiff,<br><br>v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br>Defendants. | Adv. Proc. No. 18-50955 (KJC)<br><br>**Related Docket Nos. 59** |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**

Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust (collectively, the "Plaintiff"), on the one hand, and Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan (collectively, the "**D&O Defendants**,"), Stout Risius Ross, Inc., and Stout Risius Ross, LLC (collectively, "**Stout**"), and Argent Trust Company ("**Argent Defendant**," and together with the Plaintiff, the "**Parties**"), on the other hand, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which D&O Defendants, Stout, and Argent Defendant may file and serve an Answer or Motion to Dismiss to the Amended Complaint (Dkt. 59) is hereby extended to and including *March 19, 2019*.

2. The Parties agree and stipulate that the time within which Plaintiff may file Responses to the Motions to Dismiss is hereby extended to and including *April, 16, 2019*.

3. The Parties agree and stipulate that the time within which the D&O Defendants, Stout and Argent Defendant may file Replies in further support of the Motions to Dismiss is hereby extended to and including *April 30, 2019*.

4. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| /s/ Vivek Upadhya | /s/ Mark Minuti |
| Christine Mackintosh (Delaware Bar No. 5085) | Mark Minuti (Delaware Bar No. 2659) |
| Vivek Upadhya (Delaware Bar No. 6241) | 1201 North Market Street, Suite 2300 |
| 123 Justison Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: 302-421-6840 |
| Telephone: 302-622-7000 | Email: Mark.Minuti@saul.com |
| Email: cmackintosh@gelaw.com | |
| vupadhya@gelaw.com | - and - |
| | **JENNER & BLOCK LLP** |
| - and- | Craig Martin (*pro hac vice* pending) |
| | David Jimenez-Ekman (*pro hac vice* pending) |
| Gordon Z. Novod (*pro hac vice* pending) | Michael Graham (*pro hac vice* pending) |
| 485 Lexington Avenue, 29th Floor | Telephone: (312) 222-9350 |
| New York, New York 10017 | Email: cmartin@jenner.com |
| Tel: 646-722-8500 | djimenez-ekman@jenner.com |
| Fax: 646-722-8501 | mgraham@jenner.com |
| Email: gnovod@gelaw.com | |
| | *Counsel for Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan* |
| *Special Counsel for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust* | |

| | |
|---|---|
| **CHIPMAN BROWN CICERO & COLE, LLP** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| */s/ Mark L. Desgrosseilliers* | */s/ Tara L. Lattomus* |
| Mark L. Desgrosseilliers (Delaware Bar No. 4083) | Tara L. Lattomus (Delaware Bar No. 3515) |
| Hercules Plaza | 222 Delaware Street, 7th Floor |
| 1313 North Market Street, Suite 5400 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 574-7400 |
| Telephone: (302) 295-0191 | Facsimile: (302) 574-7401 |
| Email: desgross@chipmanbrown.com | Email: tlattomus@eckertseamans.com |

-and-                                    -and-

**GROOM LAW GROUP**                      **KEATING MUETHING & KLEKAMP PLL**

Lars Golumbic, Esquire (admitted *pro hac vice*)
GROOM LAW GROUP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006-5811
Telephone: (202) 861-6615
Email: lgolumbic@groom.com

Michael L. Scheier (*pro hac vice* pending)
Brian P. Muething (admitted *pro hac vice*)
Jacob Rhode (admitted *pro hac vice*)
One East 4th Street
Suite 1400
Cincinnati, OH 45202
Telephone: (513) 639-3814
Email: bmuething@KMKLAW.com

*Counsel for Defendants Stout Risius Ross, Inc. and Stout Risius Ross, LLC*

*Counsel for Argent Trust Company*