UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OLDAPCO, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12082 (KJC)<br><br>**(Jointly Administered)** |
| ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br><br>Defendants. | Adv. Proc. No. 18-50955-KJC |

**NOTICE OF RESCHEDULED PRETRIAL CONFERENCE IN**
<u>**AN ADVERSARY PROCEEDING**</u>

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE**, per the Court's direction, the Pretrial conference initially scheduled for March 21, 2019 at 10:00 a.m. has been rescheduled to the below:

Address **United States Bankruptcy Court**
**District of Delaware**
**824 Market Street**
**5th Floor, Courtroom #5**
**Wilmington, DE 19801**

Date and Time
**April 23, 2019 at 10:00 a.m. ET**

GRANT & EISENHOFER P.A.

*/s/ Vivek Updahya*
Christine Mackintosh (Delaware Bar No. 5085)
Vivek Upadhya (Delaware Bar No. 6241)
123 Justison Street
Wilmington, DE 19801
Telephone: 302-622-7000
Email: cmackintosh@gelaw.com
   vupadhya@gelaw.com

- and-

Gordon Z. Novod (*pro hac vice pending* )
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Fax: 646-722-8501
Email: gnovod@gelaw.com

*Special Counsel for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust*