# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OLDAPCO, INC., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-12082 (MFW)<br><br>(Jointly Administered) |
| ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br><br>　　　　　　　Defendants. | Adv. Proc. No. 18-50955 (MFW)<br><br>**Related Docket Nos. 59, 65, 67, 69, 77** |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY BRIEFS IN FURTHER SUPPORT OF THE MOTIONS TO DISMISS

Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust (collectively, the "**Plaintiff**"), on the one hand, and Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan (collectively, the "**D&O Defendants**,"), Stout Risius Ross, Inc., and Stout Risius Ross, LLC (collectively, "**Stout**"), and Argent Trust Company ("**Argent Defendant**," and together with the

- 2 -

Plaintiff, the "**Parties**"), on the other hand, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the D&O Defendants, Stout and Argent Defendant may file Replies in further support of the Motions to Dismiss (Dkt. Nos. 65, 67, 69) is hereby extended to and including *May 7, 2019*.

2. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved**.**

| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **SAUL EWING ARNSTEIN & LEHR LLP** |

*/s/ Vivek Upadhya*  
Christine Mackintosh (Delaware Bar No. 5085)  
Vivek Upadhya (Delaware Bar No. 6241)  
123 Justison Street  
Wilmington, DE 19801  
Telephone: 302-622-7000  
Email: cmackintosh@gelaw.com  
         vupadhya@gelaw.com  

—and—

Gordon Z. Novod (*pro hac vice* pending)  
485 Lexington Avenue, 29th Floor  
New York, New York 10017  
Tel: 646-722-8500  
Fax: 646-722-8501  
Email: gnovod@gelaw.com  

*Special Counsel for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust*

*/s/ Mark Minuti*  
Mark Minuti (Delaware Bar No. 2659)  
1201 North Market Street, Suite 2300  
Wilmington, DE 19801  
Telephone: 302-421-6840  
Email: Mark.Minuti@saul.com  

—and—

**JENNER & BLOCK LLP**  
Craig Martin (*pro hac vice* pending)  
David Jimenez-Ekman (*pro hac vice* pending)  
Michael Graham (*pro hac vice* pending)  
353 North Clark Street  
Chicago, IL 60654-3456  
Telephone: (312) 222-9350  
Email: cmartin@jenner.com  
         djimenez-ekman@jenner.com  
         mgraham@jenner.com  

*Counsel for Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan*

| CHIPMAN BROWN CICERO & COLE, LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Mark L. Desgrosseilliers* | */s/ Carl N. Kunz, III* |
| Mark L. Desgrosseilliers (Delaware Bar No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email: desgross@chipmanbrown.com | Carl N. Kunz, III (Delaware Bar No. 3201)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>Email: cknuz@morrisjames.com |
| —and— | —and— |
| **GROOM LAW GROUP**<br>Lars Golumbic, Esquire (admitted *pro hac vice*)<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-5811<br>Telephone: (202) 861-6615<br>Email: lgolumbic@groom.com | **KEATING MUETHING & KLEKAMP PLL**<br>Michael L. Scheier (*pro hac vice* pending)<br>Brian P. Muething (admitted *pro hac vice*)<br>Jacob Rhode (admitted *pro hac vice*)<br>One East 4th Street<br>Suite 1400<br>Cincinnati, OH 45202<br>Telephone: (513) 639-3814<br>Email: bmuething@KMKLAW.com |
| *Counsel for Defendants Stout Risius Ross, Inc. and Stout Risius Ross, LLC* | *Counsel for Argent Trust Company* |