UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OLDAPCO, INC., *et al.,*<br><br>Debtors.<br><br>ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40,<br><br>Defendants. | Chapter 11<br><br>Case No. 17-12082 (MFW)<br><br>**(Jointly Administered)**<br><br><br>Adv. Proc. No. 18-50955 (MFW)<br><br>**Related Docket Nos. 86, 88** |

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS OF
ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF
THE APPVION LIQUIDATING TRUST, CONCERNING (1) THE FILING
OF THE SECOND AMENDED COMPLAINT, (2) THE FILING OF THE
SECOND AMENDED COMPLAINT UNDER SEAL, AND (3) THE COMPLETION
OF BRIEFING WITH RESPECT TO DEFENDANTS' MOTIONS TO DISMISS**

Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust

("**Plaintiff**"), on the one hand, and Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten,

Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon,

Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan (collectively, the "**D&O Defendants**,"), Stout Risius Ross, Inc., and Stout Risius Ross, LLC (collectively, "**Stout**"), and Argent Trust Company ("**Argent**," and together with Plaintiff, the "**Parties**"), on the other hand, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. This Stipulation memorializes certain agreements of the Parties following the filing of (i) *Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting Alan Halperin and Eugene Davis, as Co-Trustees of the Appvion Liquidating Trust, to File A Second Amended Complaint* [Adv. D.I. 88] (the "**Motion for Leave to Amend**") and (ii) *Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting Alan Halperin and Eugene Davis, as Co-Trustees of the Appvion Liquidating Trust, to File Under Seal the Unredacted Version of the Proposed Second Amended Complaint,* ("**Motion for Leave to File the Second Amended Complaint Under Seal**") [Adv. D.I. 86].

2. Pursuant to Rule 7015(a)(2) of the Federal Rules of Bankruptcy Procedure, the Defendants consent to Plaintiff filing a Second Amended Complaint ("**SAC**") in the form as attached to the Motion for Leave to Amend. Specifically, as set forth in the Motion for Leave to Amend, the text below in **bold, double underline** is now part of the SAC.

> 98. Argent received payments totaling $35,996 in the ninety (90) days prior to the Petition Date from Appvion**, Inc. as follows: (i) $17,979 on August 10, 2017, and (ii) $18,017 on September 5, 2017. *See* D.I. 266, Question 3, at 17.** Additionally, Argent received $200,000 annually from Appvion from May 26, 2015.

469. Argent received payments totaling $35,996 in the ninety (90) days prior to the Petition Date, **from Appvion, Inc. as follows: (i) $17,979 on August 10, 2017, and (ii) $18,017 on September 5, 2017** (the "Argent Preference Payments"). While the exact amount of payments to Argent is not presently known to the Plaintiff, upon information and belief, Argent received annual payments from Appvion, Inc. in the amount of $200,000 from mid-2015 through the Petition Date (with the Argent Preference Payments, the "Argent Transfers"). Argent received the Argent Transfers in return for services rendered as trustee of the ESOP.

473. In the ninety (90) days prior to the Petition Date, ~~PDC and/or~~ Appvion**, Inc.** transferred property or an interest in property totaling $35,996 in cash to Argent.

3. The Defendants stipulate that in light of the filing of the Second Amended Complaint, the Defendants prefer to stand on their current motions to dismiss and related pleadings [Adv. D.I. 65-70, 80-82, 84] concerning the First Amended Complaint, and those motions and related filings shall have equal applicability to the Second Amended Complaint.

4. The Plaintiff agrees that in light of the Defendants' stipulation to stand on their current motions to dismiss and related filings related to the First Amended Complaint as if those motions and related filings have equal applicability to the Second Amended Complaint, stands on its Opposition to Defendants' motions to dismiss [Adv. D.I. 77] with respect to all Counts except as to Argent's motion to dismiss and reply as to Count XII of the First Amended Complaint. Plaintiff believes that the Second Amended Complaint adds new allegations that moots certain aspects of Argent's motion to dismiss Count XII.

5. Subject to the foregoing, the Parties believe that briefing for the Defendants' motions to dismiss remains complete, and the Parties agree that no further briefing or motion practice is required at this time.

6. The Defendants further consent to the Motion for Leave to File the Second Amended Complaint Under Seal.

7. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

8. Upon the Court's entry of this stipulation and proposed order, and the Court's granting of the Motion for Leave to File the Second Amended Complaint Under Seal Plaintiff will promptly file the Second Amended Complaint under seal.

Dated: May 29, 2019

| **GRANT & EISENHOFER P.A.** | **SAUL EWING ARNSTEIN & LEHR LLP** |
|---|---|
| */s/ Vivek Upadhya* | */s/ Mark Minuti* |
| Christine Mackintosh (DE Bar No. 5085) | Mark Minuti (DE Bar No. 2659) |
| Vivek Upadhya (DE Bar No. 6241) | 1201 North Market Street, Suite 2300 |
| 123 Justison Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: 302-421-6840 |
| Telephone: 302-622-7000 | Email: Mark.Minuti@saul.com |
| Email: cmackintosh@gelaw.com | |
|    vupadhya@gelaw.com | - and - |
| | |
| - and- | **JENNER & BLOCK LLP** |
| | Craig Martin (admitted *pro hac vice*) |
| Gordon Z. Novod (admitted *pro hac vice*) | David Jimenez-Ekman (admitted *pro hac vice*) |
| 485 Lexington Avenue, 29th Floor | Michael Graham (admitted *pro hac vice*) |
| New York, NY 10017 | 353 N. Clark Street |
| Tel: 646-722-8500 | Chicago, IL 60654 |
| Fax: 646-722-8501 | Telephone: (312) 222-9350 |
| Email: gnovod@gelaw.com | Email: cmartin@jenner.com |
| | djimenez-ekman@jenner.com |
| | mgraham@jenner.com |
| *Special Counsel for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust* | *Counsel for Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan* |

| | |
|---|---|
| **CHIPMAN BROWN CICERO & COLE, LLP** | **MORRIS JAMES LLP** |
| */s/ Mark L. Desgrosseilliers* | */s/ Carl N. Kunz, III* |
| Mark L. Desgrosseilliers (DE Bar No. 4083) | Carl N. Kunz, III (DE Bar No. 3201) |
| Hercules Plaza | 500 Delaware Street, Suite 1500 |
| 1313 North Market Street, Suite 5400 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19801 | Telephone: (302) 888-6800 |
| Telephone: (302) 295-0191 | Facsimile: (302) 571-1750 |
| Email: desgross@chipmanbrown.com | Email: ckunz@morrisjames.com |
| -and- | -and- |
| **GROOM LAW GROUP** | **KEATING MUETHING & KLEKAMP PLL** |
| Lars Golumbic, Esquire (admitted *pro hac vice*) | Michael L. Scheier (admitted *pro hac vice*) |
| GROOM LAW GROUP | Brian P. Muething (admitted *pro hac vice*) |
| 1701 Pennsylvania Avenue, N.W. | Jacob Rhode (admitted *pro hac vice*) |
| Washington, DC 20006-5811 | One East 4th Street |
| Telephone: (202) 861-6615 | Suite 1400 |
| Email: lgolumbic@groom.com | Cincinnati, OH 45202 |
| | Telephone: (513) 639-3814 |
| | Email:bmuething@KMKLAW.com |
| *Counsel for Defendants Stout Risius Ross, Inc. and Stout Risius Ross, LLC* | *Counsel for Argent Trust Company* |

SO ORDERED:_____

5