IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLDAPCO, INC., et al.,<br><br>Debtors.<br>_____<br><br>ALAN D. HALPERIN AND EUGENE I. DAVIS, AS CO-TRUSTEES OF THE APPVION LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MARK R. RICHARDS, THOMAS J. FERREE, TAMI L. VAN STRATEN, JEFFREY J. FLETCHER, KERRY S. ARENT, STEPHEN P. CARTER, TERRY M. MURPHY, ANDREW F. REARDON, KATHI P. SEIFERT, MARK A. SUWYN, CARL J. LAURINO, DAVID A. ROBERTS, KEVIN GILLIGAN, ARGENT TRUST COMPANY, STOUT RISIUS ROSS, INC., STOUT RISIUS ROSS, LLC, JOHN/JANE DOES 1-40<br><br>Defendants. | Chapter 11<br><br>Case No. 17-12082 (MFW)<br>Jointly Administered<br><br><br><br><br><br><br><br>Adv. No. 18-50955 |

O R D E R

**AND NOW**, this **23rd day** of **OCTOBER, 2019**, for the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that the Motions to Dismiss Counts I through VIII of the Complaint for lack of subject matter jurisdiction are **DENIED**; and it is further

**ORDERED** that the Motions to transfer venue of Counts I through VIII to the United States District Court for the Eastern District of Wisconsin are **GRANTED;** and it is further

**ORDERED** that the Motion to Dismiss Count X is **GRANTED** as it relates to state law claims, but **DENIED** as it relates to claims under 11 U.S.C. § 547(b); and it is further

**ORDERED** that the Motions to Dismiss Counts IX through XVIII in all other respects are **DENIED**.

DATED: October 23, 2019        BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc:   Christine Mackintosh, Esquire[1]

---

[1] Counsel shall distribute a copy of this Order and the accompanying Opinion to all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Mark L. Desgrosseilliers, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
Counsel to Stout Risius Ross, Inc. and Stout Risius Ross, LLC

Lars C. Golumbic, Esquire
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Counsel to Stout Risius Ross, Inc. and Stout Risius Ross, LLC

Mark Minuti, Esquire
Monique B. DiSabatino, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Counsel to Former Directors and Officers

Craig C. Martin, Esquire
David Jimenez-Ekman, Esquire
Melissa M. Root, Esquire
Michael T. Graham, Esquire
Jenner & Block, LLP
353 N. Clark Street
Chicago, IL 60654
Counsel to Former Directors and Officer

Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Counsel to Argent Trust Company

Michael L. Scheier, Esquire
Brian P. Muething, Esquire
Jacob Rhode, Esquire
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite No. 1400
Cincinnati, OH 45202
Counsel to Argent Trust Company

Christine Mackintosh, Esquire
Vivek Upadhya, Esquire
R. Alexander Gartman, Esquire
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Special Counsel to Alan Halperin and Eugene Davis, as Co-Trustees of Appvion Liquidating Trust

Gordon Z. Novod, Esquire
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Special Counsel to Alan Halperin and Eugene Davis, as Co-Trustees of Appvion Liquidating Trust